# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH HARRIOTT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-01656-TJK |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

## *ACCEPTANCE OF OFFER OF JUDGEMENT*

I certify that the Offer of Judgment to the Estate of Sharon Cannon was propounded on August 27, 2025 and accepted in writing, via an email from Geoffrey Simpson to Emily Carapella and Ethan Balsam, on September 10, 2025.

/s/ Geoffrey H. Simpson
Geoffrey H. Simpson, Esq.
Gilbert Employment Law, PC
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880; Fax: (301) 608-0881
gsimpson-efile@gelawyer.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Accepted Offer of Judgment and Proof of Service was served on October 17, 2025, on all parties of record via ECF.

                                      _/s/ Holden D. Duflock_
                                      Paralegal
                                      Gilbert Employment Law, PC
                                      8403 Colesville Road, Suite 1000
                                      Silver Spring, MD 20910
                                      Tel: (301) 608-0880; Fax: (301) 608-0881
                                      hduflock@gelawyer.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**KENNETH HARRIOTT,** *et al.*,

    **Plaintiffs,**

v.

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,**

    **Defendant.**

Case No. 1:19-cv-01656

## DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S OFFER OF JUDGMENT (SHARON CANNON)

Pursuant to Federal Rule of Civil Procedure 68, Defendant Washington Metropolitan Area Transit Authority ("Defendant") hereby offers to allow judgment to be entered against it on behalf of Plaintiff Sharon Cannon ("Cannon") pursuant to the following terms:

1. Defendant offers to accept judgment to be entered against it on all causes of action asserted in Plaintiffs' Amended Complaint, as they pertain to Cannon only, in Cannon's favor, for the total sum of five hundred forty-eight thousand nine hundred sixty dollars and zero cents ($548,960.00) (the "Offer of Judgment Sum"), plus an award of reasonable attorney fees and costs accrued through the date of this Offer, to be determined by the Court on a properly supported petition. This offer includes all claims for damages that Cannon has alleged against Defendant.

2. The Offer of Judgment Sum represents the entire and total amount to be paid to Cannon to resolve all of the causes of action asserted in Plaintiff's Amended Complaint, as they pertain to Cannon only, against Defendant, and no further sums are to be paid by Defendant to Cannon and/or her representatives for these claims. The acceptance of this Offer of Judgment precludes Cannon from recovering any further damages on and from the causes of action asserted

1

in Plaintiffs' Amended Complaint against Defendant. Cannon agrees that, if Cannon accepts this Offer, Cannon will not seek recovery of any additional attorneys' fees or costs from Defendant through any motions to the Court beyond what is ordered as a result of the fee petition described above in paragraph 1.

3. The purpose of this Offer of Judgment is to encourage settlement and avoid litigation. This Offer of Judgment is not an admission of liability and is not to be construed as an admission that Defendant is liable in this action, that Cannon suffered any damages, or that Defendant violated any controlling law. Although Defendant contends that the claims in this action are without merit, Defendant will allow full judgment to be entered against it on all causes of action asserted in Plaintiffs' Amended Complaint, as they pertain to Cannon, in accordance with Rule 68 of the Federal Rules of Civil Procedure, solely for the purpose of resolving Cannon's claims entirely, without the costs and burdens associated with further litigation. A judgment entered upon acceptance of this Offer shall not be deemed to have determined or adjudicated any issue of fact relevant to the merits of Cannon's claims, or to the merits of any other claims in this case and shall instead have the effect of aiding the settlement of this case.

4. Acceptance of this Offer by Cannon shall be deemed to resolve all claims asserted by Cannon in this action, all claims expressly or impliedly stated by Cannon in this action, all claims by Cannon that are based on the same facts at issue in this action, and all claims that Cannon could have asserted against Defendant in this action, including but not limited to claims for declaratory and/or injunctive relief, non-economic damages, and pre-judgment and post-judgment interest.

5. If Cannon wishes to accept this offer, Cannon must serve written notice of acceptance to Defendant within fourteen (14) days after service of this Offer of Judgment. If

Cannon fails to accept this Offer of Judgment within the time allowed, the offer shall be considered rejected.  No verbal communications shall constitute an acceptance, rejection or counter-offer to this Offer of Judgment.  If, within 14 days after being served, Cannon serves notice accepting the Offer, any party may then file the Offer and notice of acceptance plus proof of service so judgment may be entered.

Date: August 27, 2025

*/s/ Ethan D. Balsam*
Ethan D. Balsam (D.C. Bar No. 975239)
Emily J. Carapella (D.C. Bar No. 1658200)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006-4046
202.842.3400 Telephone
202.842.0011 Facsimile
ebalsam@littler.com
ecarapella@littler.com

*Counsel for Defendant Washington Metropolitan Area Transit Authority*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2025, I served the foregoing **Offer of Judgment** upon counsel of record (below) electronically and by US mail to:

Geoffrey H. Simpson
Gary M. Gilbert
GILBERT EMPLOYMENT LAW, P.C.
1100 Wayne Ave. Ste. 900
Silver Spring, MD 20910
Phone: (301) 608-0880
Fax: (301) 608-0881
gsimpson@gelawyer.com
gary@gelawyer.com

*/s/ Ethan D. Balsam*
Ethan D. Balsam

4