UNITED STATES COURTS DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

KENNETH HARRIOTT et al

Plaintiff(s)

Civil Action No. 19-CV-1656 (TJK)

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

Defendant(s)

JUDGMENT ON OFFER & ACCEPTANCE

Pursuant to Federal Rule of Civil Procedure 68, Defendant Washington Metropolitan Area Transit Authority ("Defendant") hereby offers to allow judgment to be entered against it on behalf of Plaintiff Sharon Lee Cannon ("Cannon") pursuant to the following terms:

1. Defendant offers to accept judgment to be entered against it on all causes of action asserted in Plaintiffs' Amended Complaint, as they pertain to Cannon only, in Cannon's favor, for the total sum of five hundred forty-eight thousand nine hundred sixty dollars and zero cents ($548,960.00) (the "Offer of Judgment Sum"), plus an award of reasonable attorney fees and costs accrued through the date of this Offer, to be determined by the Court on a properly supported petition. This offer includes all claims for damages that Cannon has alleged against Defendant.

2. The Offer of Judgment Sum represents the entire and total amount to be paid to Cannon to resolve all of the causes of action asserted in Plaintiff's Amended Complaint, as they pertain to Cannon only, against Defendant, and no further sums are to be paid by Defendant to Cannon and/or her representatives for these claims. The acceptance of this Offer of Judgment precludes Cannon from recovering any further damages on and from the causes of action asserted in Plaintiffs' Amended Complaint against Defendant. Cannon agrees that, if Cannon accepts this Offer, Cannon will not seek recovery of any additional attorneys' fees or costs from Defendant through any motions to the Court beyond what is ordered as a result of the fee petition described above in paragraph 1.

3. The purpose of this Offer of Judgment is to encourage settlement and avoid litigation. This Offer of Judgment is not an admission of liability and is not to be construed as an admission that Defendant is liable in this action, that Cannon suffered any damages, or that Defendant violated any controlling law. Although Defendant contends that the claims in this action are without merit, Defendant will allow full judgment to be entered against it on all causes of action asserted in Plaintiffs' Amended Complaint, as they pertain to Cannon, in accordance with Rule 68 of the Federal Rules of Civil Procedure, solely for the purpose of resolving Cannon's claims entirely, without the costs and burdens associated with further litigation. A judgment entered upon acceptance of this Offer shall not be deemed to have determined or adjudicated any issue of fact relevant to the merits of Cannon's claims, or to the merits of any other claims in this case and shall instead have the effect of aiding the settlement of this case.

UNITED STATES COURTS DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| KENNETH HARRIOTT et al |
|---|
| Plaintiff(s) |

Civil Action No. 19-CV-1656 (TJK)

| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY |
|---|
| Defendant(s) |

JUDGMENT ON OFFER & ACCEPTANCE

4. Acceptance of this Offer by Cannon shall be deemed to resolve all claims asserted by Cannon in this action, all claims expressly or impliedly stated by Cannon in this action, all claims by Cannon that are based on the same facts at issue in this action, and all claims that Cannon could have asserted against Defendant in this action, including but not limited to claims for declaratory and/or injunctive relief, non-economic damages, and pre-judgment and post-judgment interest.

5. If Cannon wishes to accept this offer, Cannon must serve written notice of acceptance to Defendant within fourteen (14) days after service of this Offer of Judgment. If Cannon fails to accept this Offer of Judgment within the time allowed, the offer shall be considered rejected. No verbal communications shall constitute an acceptance, rejection or counter-offer to this Offer of Judgment. If, within 14 days after being served, Cannon serves notice accepting the Offer, any party may then file the Offer and notice of acceptance plus proof of service so judgment may be entered.

Plaintiff thereafter accepted this Offer of Judgment. See ECF No. 105. Accordingly, in light of Plaintiff's Acceptance with Offer of Judgment, see id., the Court enters judgment in accordance with the accepted Offer of Judgment pursuant to Federal Rule of Civil Procedure 68.

Date: Oct 22, 2025

Signature of clerk or deputy clerk

ANGELA D. CAESAR, CLERK OF COURT